Decided Dec 2, 1933

For full opinion see 40 OLR 46; 189 NE 514; 46 Oh Ap 533.

## STATE ex ALLEN COUNTY LAW LIBRARY ASSN v WALKER

Ohio Appeals, 3rd Dist, Allen Co

No 627.  Decided Jan 31, 1934

Reid & Davison, Lima, H. E. Garling, Lima, O. B. Selfridge, Jr., Lima and F. W. Durbin, Lima, for plaintiff.

M. C. Light, Lima, and Elmer Welty, Lima, for defendant.

Hughes & Rogers, Lima, and Meredith & Meredith, Lima, for plaintiff in error.

Paul T. Landis, Lima, for defendant in error.

For full opinion see 40 OLR 117; 190 NE 150; 47 Oh Ap 42.